UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WRIGHT,<br><br>         Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>         Defendants. | No.  2:12-cv-1987-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Pursuant to the discovery and scheduling order, motions to compel were due no later than June 17, 2013.  ECF No. 19.  On July 15, 2013, plaintiff filed a request for an extension of that deadline, along with an untimely motion to compel.  ECF Nos. 23, 24.  Plaintiff states that in April 2013, he timely served discovery requests on defendants, but has received no response to date.  He explains that in good faith, he granted defendants until June 27, 2013 to respond to his requests, and for this reason, he was unable to timely move to compel their responses.

Defendants filed an opposition to plaintiff's motion, arguing that it should be denied because on June 26, 2013, defendants served, via the United States Postal Office, over 500 pages in response to plaintiff's discovery requests.  ECF No. 25 (Hung Decl. ¶ 4).  Because plaintiff represents that he never received those responses, defense counsel has re-served them.  *Id.* ¶ 5.

/////

1

On August 19, 2013, plaintiff filed a reply. It appears from this filing that plaintiff has now received all of the requested discovery responses except for defendants Smith's responses to his requests for production. Plaintiff claims he is "entitled to an order granting the compelling of the unanswered discovery requests, [and] also [that] all Admissions should be deemed admitted for purposes of this action . . . ." ECF No. 28. Aside from Smith's responses to his requests for production, plaintiff does not identify any "unanswered discovery requests." In addition, there is no basis for deeming his requests for admissions as having been admitted. Defendants indicate that they timely served their responses, but for reasons unknown, they were not delivered to plaintiff. The responses have now been served on plaintiff. There is no indication that defendants caused the delay at issue, and there is no basis under these circumstances to deem the requests as admitted.

Accordingly, IT IS HEREBY ORDERED THAT plaintiff's motions (ECF Nos. 23, 24) are granted to the extent that, plaintiff's motion to compel is deemed timely, and within 14 days of the date of this order, defendants shall file a statement with the court either (1) certifying that they served plaintiff with Smith's responses to plaintiff's request for production of documents, or (2) explaining why they have not so responded to plaintiff's request. In all other respects, including plaintiff's request to have his requests for admissions deemed admitted, plaintiff's motions are denied.

Dated: October 10, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2